PEOPLE v. HOWARD

Appeal from Wayne, Piggins (Edward S.), J. Submitted Division 1 November 15, 1968, at Detroit.     (Docket No. 4,538.)     Decided January 28, 1969.

Leroy Howard was convicted of felonious assault and attempted larceny in a building.  Defendant appeals.  Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Edward L. Douglas,* for defendant.

PER CURIAM.    Defendant, Leroy Howard, was convicted of felonious assault[1] and attempted larceny in a building.[2]  He appeals.

An examination of the record and briefs discloses no prejudicial error; there is evidence sufficient to support the verdict.

Affirmed.

J. H. GILLIS, P. J., and QUINN and BEER, JJ., concurred.

---

[1] CL 1948, § 750.82 (Stat Ann 1962 Rev § 28.277).

[2] CL 1948, §§ 750.92, 750.360 (Stat Ann 1962 Rev § 28.287; 1954 Rev § 28.592).